UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**UNITED STATES OF AMERICA**

INDICTMENT NO. 5:26CR04-KKC-MAS

V.

**BRENDA LEE WIGGS**

\* \* \* \* \*

Eastern District of Kentucky
FILED
JAN 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 113(a)(3)

On or about December 18, 2025, in Fayette County, in the Eastern District of Kentucky,

**BRENDA LEE WIGGS**

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Veterans Administration Hospital, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault J.N., with a dangerous weapon, with intent to do bodily harm, all in violation of 18 U.S.C. § 113(a)(3).

### COUNT 2
### 18 U.S.C. § 113(a)(6)

On or about December 18, 2025, in Fayette County, in the Eastern District of Kentucky,

## BRENDA LEE WIGGS

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Veterans Administration Hospital, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault J.N., resulting in serious bodily injury, all in violation of 18 U.S.C. § 113(a)(6).

A TRUE BILL

███████████

*[signature]*
PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1 & 2:** Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.